TODD A. RIGBY SB #013383
Todd.Rigby@lewisbrisbois.com
SHAWN M. PETRI SB #022642
Shawn.Petri@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant Mrs. Gooch's Natural Food Markets, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah J. Dezotell, a single woman, | No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| Mrs. Gooch's Natural Foods Markets, Inc, a California corporation dba Whole Foods Market; John and Jane Does I-X; ABC Corporations I-X; and XYZ Partnerships I-X | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, Defendant Mrs. Gooch's Natural Food Markets, Inc., ("Mrs. Gooch's")[1] removes this action from the Superior Court of Arizona, Maricopa County, Case No. CV2020-16338, to the United States District Court for the District of Arizona – Phoenix Division. In support of removal, Mrs. Gooch's states as follows:

**I.      STATUS OF STATE COURT ACTION**

1.      On December 11, 2020, Plaintiff filed her Complaint against Mrs. Gooch's in the Superior Court of Arizona, Maricopa County.

---

[1] Plaintiff mis-identifies the Defendant as Mrs. Gooch's Natural Food**s** Markets, Inc. The Notice of Removal is being filed on behalf of the correct entity.

4846-7364-6294.1

2. Mrs. Gooch's was served on December 29, 2020. Mrs. Gooch's has not filed a responsive pleading in the state court action. A copy of the state court docket and all state court filings are included in Exhibit A, attached hereto, pursuant to LRCv 3.6(b).

3. Mrs. Gooch's filed a Notice of Filing Notice of Removal in the state court action. A true and correct copy of the Notice is attached hereto as Exhibit B.

4. As stated in more detail below, this case is properly removed pursuant to 28 U.S.C. § 1441 because Mrs. Gooch's satisfied the procedural requirements for removal and because this Court possesses diversity jurisdiction over this action, which involves citizens of different States and an amount in controversy exceeding $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332.

## II. MRS. GOOCH'S SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

5. Plaintiff filed her Complaint on December 11, 2020, and served Mrs. Gooch's on December 29, 2020. This Notice of Removal is timely under 28 U.S.C. § 1446(b).

6. Venue in this Court is proper under 28 U.S.C. § 1441(a) because the Superior Court of Arizona, Maricopa County, is located within the Phoenix Division of the District of Arizona. Thus, this Court "embrac[es] the place where such action is pending." 28 U.S.C. § 1441(a).

7. No prior notice of removal has been filed.

8. In accord with 28 U.S.C. § 1446(d) and Local Rule of Civil Procedure 3.6(a), Mrs. Gooch's served the other parties with a copy of the Notice of Removal and filed a copy of the Notice of Removal in the Superior Court of Arizona, Maricopa County.

## III. DIVERSITY JURISDICTION

9. Under 28 U.S.C. § 1332(a), this Court has original jurisdiction over a civil action between citizens of different states in which the matter in controversy exceeds $75,000, exclusive of interest and costs.

10. Mrs. Gooch's Natural Food Markets, Inc., is a California corporation with its primary place of business in Glendale, California. Mrs. Gooch's is a citizen of California for diversity purposes under 28 U.S.C. § 1332(c)(1).

11. Plaintiff Deborah Dezotell is a citizen of Arizona (Compl., ¶ 1). Therefore, Plaintiff is a citizen of Arizona for diversity purposes under 28 U.S.C. § 1332(c)(1).

12. Typically, the amount in controversy is determined by the allegations in the Complaint. *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 400 (9th Cir. 1996). However, because the Complaint in this action does not specify the amount of damages Plaintiff seeks, Mrs. Gooch's must show by a preponderance of the evidence that the amount in controversy exceeds $75,000 - exclusive of interest and costs. *Id.*; *Necessary v. State Farm Auto. Ins. Co.*, 359 Fed. Appx. 807, 810 (9th Cir. 2009).

13. "Under this burden, the Defendant must provide evidence establishing that it is 'more likely than not' that the amount in controversy exceeds [75,000]." *Welsh v. New Hampshire Ins. Co.*, 843 F. Supp. 2d 1006, 1009 (D. Ariz. 2012). "The party seeking removal does not need to establish what damages the Plaintiffs will recover, but only how much is in controversy between the parties." *Blomberg v. Serv. Corp. Intern.*, 639 F.3d 761, 763 (7th Cir. 2011); *Kovacs v. Chesley*, 406 F.3d 393, 396 (6th Cir. 2005) ("The test for whether the jurisdictional amount has been met considers whether the Plaintiff can succeed on the merits in only a very superficial way."); *see also Lewis v. Verizon Commc'ns, Inc.*, 627 F.3d 395, 400 (9th Cir. 2010) ("The amount in controversy is simply an estimate of the total amount in dispute, not a prospective assessment of . . . liability").

14. "[T]he inquiry into the amount in controversy is not confined to the face of the Complaint." *Welsh*, *supra*.

15. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2(b), Plaintiff designated this matter as a Tier 3 case. Pursuant to Rule 26.2(c)(3), a Tier 3 case is a matter with an alleged case value above $300,000.

16. Upon information and belief, Plaintiff is alleging that her fall caused a hamstring tear with permanent limitations and the potential for a future surgery.

4846-7364-6294.1                                3

17. Plaintiff's claims for compensatory damages comprise an "amount in controversy" in excess of $75,000, exclusive of interest and costs.

18. Therefore, under Section 1332 of Title 28, United States Code, this Court has subject matter jurisdiction over this civil action.

Dated this 15th day of January, 2021.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:    s/ *Shawn M. Petri*
      Todd A. Rigby
      Shawn M. Petri
      Attorneys for Defendant Mrs Gooch's Natural Food Markets, Inc.

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and deposited the same in the U.S. Mail to the following CM/ECF registrants:

Garrick L. Gallagher
SANDERS & PARKS, P.C.
3030 North Third Street, Ste 1300
Phoenix, AZ 85012-3099
*Attorneys for Plaintiff*

 /s/ *Laura M. Nagelkirk*
37986-4758