# Exhibit A

# Exhibit A

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Nelson, Deputy
12/11/2020 1:36:01 PM
Filing ID 12319870

Garrick L. Gallagher/Bar No. 009980
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099

Direct Phone: 602.532.5720
Direct Fax: 602.230.5053
Firm E-mail: minutes@sanderssparks.com
E-Mail: garrick.gallagher@sanderssparks.com

*Attorneys for Plaintiff Deborah J. Dezotell*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DEBORAH J. DEZOTELL, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>MRS. GOOCH'S NATURAL FOODS MARKETS, INC., a California corporation dba WHOLE FOODS MARKET; JOHN AND JANE DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No.:  **CV2020-016338**<br><br>**COMPLAINT**<br><br>(Tort – Negligence, Non-Motor Vehicle) |

Plaintiff Deborah J. Dezotell, by and through undersigned counsel, for her Complaint against Defendants alleges as follows:

**Parties, Jurisdiction, and Venue**

1. Plaintiff Deborah J. Dezotell ("Plaintiff") was, at all material times, a resident of Maricopa County, Arizona.

2. Defendant Mrs. Gooch's Natural Foods Markets, Inc. is a California corporation doing business in Maricopa County, Arizona as Whole Foods Market.

3. Specifically, Defendant Mrs. Gooch's Natural Foods Markets, Inc. was the owner

and/or possessor and operator of the premises commonly known as Whole Foods Market located at 4701 N. 20th Street in Phoenix, Arizona ("Premises") on December 18, 2018.

4. JOHN AND JANE DOES I-X, ABC CORPORATIONS, and XYZ PARTNERSHIPS are fictitiously named individuals, partnerships, limited partnerships, joint ventures, and/or domestic or foreign corporations, or other entities other than Mrs. Gooch's Natural Foods Markets, Inc. that owned, possessed, operated and/or managed the premises commonly known as Whole Foods Market located at 4701 N. 20th Street in Phoenix, Arizona on December 18, 2018, and whose actions may have caused or contributed to Plaintiff's injuries and damages or may be vicariously liable for the actions of other Defendants in causing Plaintiff's injuries and damages. This Complaint will be amended to specifically identify such persons or entities when and to the extent their culpability or liability becomes known to Plaintiff.

5. Defendants caused events to occur in Maricopa County out of which Plaintiff's claims arise.

6. All of the acts and events complained of occurred in Maricopa County, Arizona.

7. Plaintiff has suffered physical, emotional, and monetary injuries as a result of the Defendants' negligence.

8. Jurisdiction and venue are proper in this Court, and the amount in controversy exceeds the minimum amount required for the jurisdiction of this Court.

**The Events**

9. On December 18, 2018, Plaintiff was an invitee at the Premises.

10. On December 18, 2018, Plaintiff was injured when she slipped on an unknown substance on the floor inside the Premises and fell.

11. The unknown substance on the floor constituted an unreasonably dangerous condition and was not readily identifiable or obvious to Plaintiff.

12. The area where Plaintiff slipped and fell was located in or immediately adjacent to the self-serve food area of the Premises.

**PREMISES LIABILITY - NEGLIGENCE**

13. Defendant had a duty to maintain the Premises in a reasonably safe condition and

- 2 -

to remedy unreasonably dangerous conditions situated thereon. Defendant further had a duty to inspect the Premises and to place invitees/patrons on the Premises on notice of unreasonably dangerous conditions that Defendant knew, or should have known, about.

14. Defendant had actual and constructive notice before December 18, 2018, that invitees/patrons slip on substances on the floor, including food and liquids, causing such invitees/patrons to fall.

15. By having a food court-type area on the Premises, including multiple self-serve food areas, Defendant adopted a method of operation from which it could reasonably be anticipated that unreasonably dangerous conditions would regularly arise.

16. Defendant knew, or with the exercise of reasonable care should have known, of the dangerous condition with sufficient time to remedy the dangerous condition and/or to warn Plaintiff of the dangerous condition.

17. Despite having actual or constructive notice of the unreasonably dangerous condition, Defendant failed to take reasonable steps to remove the danger or protect Plaintiff from the danger.

18. Defendant was negligent by allowing an unsafe and dangerous condition to exist on the Premises.

19. Defendant breached its duties owed to Plaintiff in that it was negligent, careless, and/or reckless in the inspection, maintenance, operation, and/or management of the Premises by allowing the dangerous condition to exist.

20. Defendant further breached its duty by failing to maintain its Premises in a reasonably safe condition and/or failure to warn Plaintiff of unreasonably dangerous conditions that Defendant should reasonably foresee might endanger invitees/patrons like Plaintiff.

## RES IPSA LOQUITUR

21. Plaintiff's slip and fall injury occurred as a result of a slippery floor surface likely caused by substances from the surrounding food court and self-serve food area which was under Defendant's control.

22. In the normal course of events, Plaintiff's slip and fall injury would not have

occurred unless Defendant was negligent.

23. Plaintiff is not in a position to show the particular circumstances which caused the Plaintiff to slip and fall.

24. Defendant is liable under the doctrine of res ipsa loquitur for its negligence.

25. As a direct and proximate result of Defendant's negligence, Plaintiff sustained severe, disabling, and permanent injuries.

26. As a further direct and proximate result of Defendant's negligence, Plaintiff has received and will continue to receive, medical and hospital care that is reasonable and necessary, and has incurred expenses for medical treatment and may continue to incur such expenses in the future.

27. Plaintiff has sustained pain, suffering, permanent injury, loss of enjoyment of life, emotional distress and trauma, annoyance, and inconvenience as a result of Defendant's negligence.

28. Plaintiff continues to experience the damages alleged herein, which exceed the jurisdictional minimum of this Court.

29. Under the Arizona Rules of Civil Procedure Rule 26.2(b), this is a Tier 3 action.

WHEREFORE, Plaintiff requests this Court to enter judgment in her favor against Defendant(s) as follows:

1) For reasonable sums to compensate Plaintiff for her past and future medical expenses in an amount to be proven at trial;

2) For reasonable sums to compensate Plaintiff for her physical and mental pain and suffering, decrease in quality of life, anxiety, impairment, and personal injuries in an amount to be proven at trial;

3) For all costs incurred herein; and

4) For such other and further relief as this Court deems just and proper under the circumstances.

///

///

RESPECTFULLY SUBMITTED this 11th day of December, 2020.

**SANDERS & PARKS, P.C.**


By   /s/ Garrick L. Gallagher
    Garrick L. Gallagher
    3030 North Third Street, Suite 1300
    Phoenix, AZ 85012-3099
    *Attorneys for Plaintiff Deborah J. Dezotell*

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Nelson, Deputy
12/11/2020 1:36:01 PM
Filing ID 12319873

Person/Attorney Filing: Garrick L Gallagher
Mailing Address: 3030 N. Third Street Suite 1300
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)532-5720
E-Mail Address: garrick.gallagher@sanderssparks.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009980, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Deborah J. Dezotell
Plaintiff(s),
v.
Mrs. Gooch's Natural Foods Markets,
Inc., a California corporation, DBA
Whole Foods Market
Defendant(s).

Case No. CV2020-016338

**SUMMONS**

To: Mrs. Gooch's Natural Foods Markets, Inc., a California corporation,
DBA Whole Foods Market

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #527782

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *December 11, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *JACQUELINE NELSON*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Nelson, Deputy
12/11/2020 1:36:01 PM
Filing ID 12319872

Person/Attorney Filing: Garrick L Gallagher
Mailing Address: 3030 N. Third Street Suite 1300
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)532-5720
E-Mail Address: garrick.gallagher@sanderssparks.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009980, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Deborah J. Dezotell
Plaintiff(s),
v.
Mrs. Gooch's Natural Foods Markets, Inc., a California corporation, DBA Whole Foods Market
Defendant(s).

Case No. CV2020-016338

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Garrick L Gallagher /s/
    **Plaintiff/Attorney for Plaintiff**

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Nelson, Deputy
12/11/2020 1:36:01 PM
Filing ID 12319871

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorney:**
Garrick L Gallagher
Bar Number: 009980, issuing State: AZ
Law Firm: Sanders and Parks, P.C.
3030 N. Third Street Suite 1300
Phoenix, AZ 85012
Telephone Number: (602)532-5720
Email address: garrick.gallagher@sandersparks.com

**CV2020-016338**

**Plaintiff:**
Deborah J. Dezotell
Telephone Number: (602)532-5720
Email address: garrick.gallagher@sandersparks.com

**Defendant:**
Mrs. Gooch's Natural Foods Markets, Inc., a California corporation, DBA Whole Foods Market
550 BOWIE ST
Austin, TX 78703

Discovery Tier t3

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Negligence

DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901



| Inv. # | SUPERIOR COURT OF THE STATE OF ARIZONA | CLERK OF THE SUPERIOR COURT FILED |
|---|---|---|
| 140368 | IN AND FOR THE COUNTY OF MARICOPA | DEC 3 1 2020  10:18am |

A. Hernandez, Deputy

DEBORAH J. DEZOTELL

                                 **Plaintiff / Petitioner,**

vs.

MRS. GOOCH'S NATURAL FOODS MARKETS, INC. dba
Whole Foods Market; et al.

                               **Defendant / Respondent.**

NO. CV2020-016338
CERTIFICATE OF SERVICE

<u>Tina Nemeth</u>, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:
**SUMMONS & COMPLAINT, CERTIFICATE OF ARBITRATION**

from    <u>Garrick L. Gallagher c/o SANDERS & PARKS, P.C.</u>    on   <u>12/29/20</u>  ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** MRS. GOOCH'S NATURAL FOODS MARKETS, INC. dba Whole Foods Market, c/o CT Corporation Systems

**DATE & TIME:** 12/29/20 12:40pm
**PLACE & MANNER:** 3800 N. CENTRAL AVENUE STE.460 PHOENIX, AZ 85012, which is his/her place of business.
By serving Scott Whaley, Clerk, a person authorized to accept such service on their behalf, in person.

Description of the Named: Male, Age: 40's, Ht: 5' 9in., Wt: 185, Eyes: hazel, Hair: brown, Ethnicity: Cauc.

**Statement of Costs**
Services    $16.00
Mileage     $24.00
Sp. Handl.
Witness
Advances
Cert. Prep   $15.00
Other
**Total**       **$55.00**

Affiant - Registered in
**Maricopa County**

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.